Case 3:19-cv-01412-GLS  Document 1-2  Filed 04/29/19  Page 1 of 1



```
UNITED STATES
POSTAL SERVICE

SAN FRANCISCO CPU
AVE. DE DIEGO 201 STE. 10 SAN JUAN,
PR 00927
787-296-1895

                                NEW
                                STATION Only
                                10:35:8AM

BILL# 01-2018123110330
E.GARCIA
DECEMBER 31, 2018

090   POSTAGE STAMPS           $1.42
      2 X $0.71

110   CERTIFIED MAIL® RETURN  $27.64
      RECEIPT
      4 X $6.91

                TOTAL:        $29.06
         PAYMENT TYPE:
                  ATH:        $29.06
           CASH CHANGE:        $0.00

                        WWW.USPS.COM
```

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage  $
Total Postage and Fees  $

Sent To  Andrew R. Wheeler
         US-EPA
Street and  Aerial Rios Building, Mail Code 1101A
            1200 Pennsylvania Avenue, NW
City, State  Washington, D.C. 2046

PS Form

7018 1130 0000 1869 2557

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage  $
Total Postage and Fees  $

Sent To  Hon. Wanda Vazquez Garced
         Commonwealth of Puerto Rico
Street and Apt.  PO BOX 9020192 San Juan
City, State, Zip  Puerto Rico 00902-019

PS Form 38

7018 1130 0000 1869 2571

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage  $
Total Postage and Fees  $

Sent To  Eng. Eli Diasz .Atienza
         PRASA
Street and  PO Box 7066
City, State  San Juan, PR 00916-7066

PS Form 380

7018 1130 0000 1869 2540

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage  $
Total Postage and Fees  $

Sent To  Hon. Matthew G. Whitaker
         Acting Attorney General
Street and Apt.  U.S. Department of Justice
City, State, ZIP  950 Pennsylvania Avenue, N.W.

7018 1130 0000 1869 2564