IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NATALIA CEBOLLERO BERTRAN<br>Plaintiff<br>vs<br>PUERTO RICO AQUEDUCT AND SEWER AUTHORITY<br>Defendant | CIVIL 19-1412CCC |

# JUDGMENT

For the reasons set forth in the Opinion and Order issued this same date, it is hereby ORDERED and ADJUDGED that this action be DISMISSED, without prejudice.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on December 12, 2019.

S/GUSTAVO A. GELPÍ
Chief U.S. District Judge