# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NATALIA CEBOLLERO BERTRAN<br><br>Plaintiff<br><br>Vs.<br><br>PUERTO RICO AQUEDUCT AND SEWER AUTHORITY<br><br>Defendant | CIVIL NO.: 19-cv-1412 (CCC)<br><br>VIOLATIONS OF CLEAN WATER ACT NEGLIGENCE; RIPARIAN RIGHTS |

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

Notice is hereby given that Plaintiff, Natalia Cebollero-Bertran, above named, hereby appeals from the Final Judgment entered by the United States District Court for the District of Puerto Rico in the above-entitled action on December 12, 2019.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 8th day of January, 2020.

s/ Edelmiro Salas Gonzalez
USDC No. 218004
USCA No. 87366
Urb. Villa Nevarez,
1072 Calle 17
San Juan, PR 00927
Tel. (787) 376-4659
Fax. 1-866-583-2843
Email address: esalas@me.com

s/ José Luis Ramírez de León
José L. Ramírez de León
USDC No. 206910
PO Box 190251
San Juan, PR 00919-0251
Tel. (787) 415-8459
Fax (787) 282-6682
e-mail: joselramirez@me.com
 jlramirez639@msn.com

CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 10th day of January, 2020.

      **s/ Edelmiro Salas Gonzalez**
      EDELMIRO SALAS GONZALEZ
      USDC Bar No. 218004
      Urb. Villa Nevarez,
      1072 Calle 17
      San Juan, PR 00927
      Tel. (787) 376-4659
      Fax. 1-866-583-2843
      Email address: esalas@me.com