# United States Court of Appeals
## For the First Circuit

————————————

No. 20-1096

NATALIA CEBOLLERO-BERTRAN,

Plaintiff, Appellant,

v.

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY,

Defendant, Appellee.

————————————

**JUDGMENT**

Entered: July 1, 2021

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day. Costs to the appellant.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Carmen Consuelo Cerezo, Maria Antongiorgi Jordan, Clerk, United States District Court for the District of Puerto Rico, Edelmiro Antonio Salas Gonzalez, Ana L. Toledo Davila, Jose Luis Ramirez de Leon, Antonio Juan Bennazar-Zequeira, Carlos Rafael Ramirez-Isern