# United States Court of Appeals
## For the First Circuit

No. 20-1096

NATALIA CEBOLLERO-BERTRAN

Plaintiff - Appellant

v.

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY

Defendant - Appellee

**MANDATE**

Entered: July 22, 2021

In accordance with the judgment of July 1, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Antonio Juan Bennazar-Zequeira
Jose Luis Ramirez de Leon
Carlos Rafael Ramirez-Isern
Edelmiro Antonio Salas Gonzalez
Ana L. Toledo Davila