**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

MINUTES OF PROCEEDINGS

MAGISTRATE JUDGE BRUCE J. McGIVERIN DATE: August 25, 2021

Civil No.: 19-1412 (GAG)

---

Attorneys:

***Natalia Cebollero-Bertrán,***

Plaintiff,

José L. Ramírez-de-León
Ana L. Toledo-Dávila

v.

***Puerto Rico Aqueduct and Sewer Authority,***

Defendants.

Idalia M. Díaz-Pedrosa
Carlos R. Ramírez-Isern

---

An initial scheduling and settlement teleconference was held.

The parties have held a Rule 26(f) discovery conference. By not later than **August 30, 2021**, the parties shall finalize the exchange of initial disclosures. All parties shall produce their expert witness reports by **November 20, 2021**. All discovery to conclude by **February 28, 2022**. Dispositive motions to be filed by **April 1, 2022**.

The court urges the parties to explore settlement, if practicable.

***s/Bruce J. McGiverin***
Bruce J. McGiverin
U.S. Magistrate Judge