# United States Court of Appeals
## For the First Circuit

No. 20-1096

NATALIA CEBOLLERO-BERTRAN,

Plaintiff - Appellant,

v.

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY,

Defendant - Appellee.

**TAXATION OF COSTS**

Entered: September 8, 2021
Pursuant to 1st Cir. R. 27(d)

Costs in favor of Appellant Natalia Cebollero-Bertran are taxed as follows:

| | |
|---|---|
| Docketing Fee | ...............$ 500.00 |
| Reproduction of brief | ...............$ 83.80 |
| Reproduction of reply brief | ...............$ 65.10 |
| **TOTAL** | ...............**$ 648.90** |

Pursuant to Fed. R. App. P. 39(d)(3), the district court is directed to add this taxation of costs to the mandate issued on July 22, 2021.

By the Court:

Maria R. Hamilton, Clerk

cc:
Maria Antongiorgi Jordan, Clerk, United States District Court for the District of Puerto Rico
Edelmiro Antonio Salas Gonzalez
Ana L. Toledo Davila
Jose Luis Ramirez de Leon
Antonio Juan Bennazar-Zequeira
Carlos Rafael Ramirez-Isern