UNITED STATES DISTRICT COURT

DISTRICT OF PUERTO RICO

| | |
|---|---|
| NATALIA CEBOLLERO-BERTRÁN<br><br>Plaintiff,<br><br>v.<br><br>PUERTO RICO AQUEDUCT AND SEWER AUTHORITY, ET AL,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 3:19-cv-01412-JAW<br>)<br>)<br>)<br>)<br>)<br>) |

JUDGMENT

In accordance with the *Order on Motion Limine and Motion for Summary Judgment in Cebollero-Bertrán V. PRASA* by District John A. Woodcock, Jr., dated July 30, 2025 (ECF No. 205). Judgment is hereby entered in favor of PRASA and against Natalia Cebollero-Bertrán. The Case is hereby DISMISSED without prejudice.

The case is now closed for statistical purposes.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 31st day of July, 2025